No. 579. ODOM *v.* ADERHOLD, WARDEN. March 3, 1941.

No. 608. MITCHELL *v.* BOARD OF GOVERNORS OF WASHINGTON STATE BAR ASSOCIATION. March 3, 1941.

No. 693. BAKER ET AL. *v.* UNITED STATES. March 3, 1941.

Nos. 281 and 282. WOODS, COURT TRUSTEE, *v.* CITY NATIONAL BANK AND TRUST CO. OF CHICAGO ET AL. March 10, 1941. The motion to strike the petition for rehearing and the motion for a rule to show cause are denied. The petition for rehearing is also denied. *Ante,* p. 262.

No. 56. AMERICAN FEDERATION OF LABOR ET AL. *v.* SWING ET AL. March 10, 1941. *Ante,* p. 321.

No. 705. UNITED STATES *v.* FLORIAN, EXECUTOR. March 10, 1941.

No. 268. MISSOURI-KANSAS PIPE LINE CO. *v.* UNITED STATES ET AL. See *ante,* p. 665.

No. 1. MILK WAGON DRIVERS UNION OF CHICAGO, LOCAL 753, ET AL. *v.* MEADOWMOOR DAIRIES, INC. March 17, 1941. Motion for leave to file petition for rehearing granted, and the petition for rehearing is denied. *Ante,* p. 287.

No. 190. KELLY *v.* JOHNSTON, WARDEN. March 17, 1941.

No. 255. NELSON, CHAIRMAN OF THE STATE TAX COMMISSION, ET AL. *v.* SEARS, ROEBUCK & CO. March 17, 1941. *Ante,* p. 359.